JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 2:22-cv-05914-DSF-AJR |
| Plaintiff, | |
| *ex rel.* **RELATOR LLC**, a California limited liability company, | **ORDER DISMISSING CASE** |
| Relator, | |
| v. | |
| **RYAN KIM**, an individual; **AMWEST FUNDING CORP.**, a California Corporation; and DOES 1-10, | |
| Defendants. | |

The Relator, Relator LLC, having filed a Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a), and the United States of America having filed its consent, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS ORDERED THAT this action is dismissed with prejudice as to Relator LLC and without prejudice as to the United States of America.

Dated: December 2, 2025

_____
United States District Judge

- 1 -